No. 90–6697.  SHERRILLS *v.* ALDRICH ET AL.  C. A. 6th Cir.
Certiorari denied.

No. 90–6714.  MOORE *v.* DEPARTMENT OF VETERANS AFFAIRS
ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–6720.  ESPARZA *v.* WOODS.  C. A. 5th Cir.  Certiorari
denied.

No. 90–6721.  EVANS *v.* MECUM.  C. A. 11th Cir.  Certiorari
denied.

No. 90–6724.  TURNER *v.* FALK, DIRECTOR, HAWAII DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari
denied.

No. 90–6728.  DIXON *v.* DUCKWORTH, WARDEN.  C. A. 7th
Cir.  Certiorari denied.

No. 90–6729.  MILLER *v.* SAYLIN ET AL.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 90–6732.  LEPISCOPO *v.* TANSY ET AL.  Sup. Ct. N. M.
Certiorari denied.

No. 90–6736.  JONES *v.* ERVIN ET AL.  C. A. 4th Cir.  Certio-
rari denied.

No. 90–6742.  MACKEY *v.* MACKEY.  C. A. 6th Cir.  Certio-
rari denied.

No. 90–6748.  DAVIDSON *v.* BENDIXEN ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 90–6753.  TURNPAUGH *v.* REDMAN, WARDEN.  C. A. 6th
Cir.  Certiorari denied.

No. 90–6755.  GILBERT *v.* BODOVITZ ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 90–6765.  BROWN *v.* KOEHLER.  C. A. 6th Cir.  Certio-
rari denied.

No. 90–6768.  MOYE *v.* CIGNA CORP.  C. A. 2d Cir.  Certio-
rari denied.

No. 90–6774.  GARCIA *v.* IOWA.  Sup. Ct. Iowa.  Certiorari
denied.